# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

United States of America,           )
                         Plaintiff,    )
                                    )
vs.                                ) No. 04-0056-01-CR-W-FJG
                                  )
Jacqueline Christine Wayne,   )
                      Defendant.  )

## ORDER

Pending before this Court is defendant's motion to discharge counsel, to extend the time to file a notice of appeal and to obtain documentation on a forthwith basis (Doc. #24), filed May 31, 2005, and the government's response (Doc. #25), filed June 6, 2005.

Defendant entered a guilty plea on January 7, 2005, to Count One of the Indictment charging her with wire fraud pursuant to 18 U.S.C. §1343.   A sentencing hearing was held on May 12, 2005, and judgment order entered on May 16, 2005. Upon review of the guilty plea and sentencing transcripts, the Court finds that defendant knowingly and freely entered into the guilty plea, was advised of her rights, and voluntarily and intelligently waived those rights.  The Court finds that defendant was ably assisted by counsel.  The Court advised defendant that she had the right to appeal the sentence.  Accordingly, defendant's requests  to discharge counsel, and to extend the time to file a notice of appeal are denied.

Defendant's request to see, have and evaluate all evidence in this case is denied.   Defendant waived all rights . . . "to request or receive from any department or agency of the United States any records pertaining to the investigation or prosecution of this case including, without limitation, any records that may be sought under the

Freedom of Information Act, 5 U.S.C. § 552, or the Privacy Act of 1974, 5 U.S.C. § 552a" (Doc. #21, ¶15). Accordingly, defendant's motion (Doc. #24), filed May 31, 2005, is denied.


                                             /s/Fernando J. Gaitan, Jr.
                                             Fernando J. Gaitan, Jr.
                                             United States District Judge

Dated:   June 27, 2005
Kansas City, Missouri